McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0248 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | RESETTING THE HEARING DATE ON THE |
| v. ) | GOVERNMENT'S MOTION FOR REVOCATION |
| ) | OF MAGISTRATE JUDGE'S ORDER |
| MARIO DIAZ, et al., ) | AUTHORIZING PRETRIAL RELEASE FOR |
| ) | DEFENDANT ERNEST PAUL KILLINGER |
| Defendants. ) | |
| ) | DATE: June 23, 2008 |
| ) | TIME: 8:30 a.m. |
| _____) | JUDGE: Hon. William B. Shubb |

Based upon the availability of counsel and the Court, the plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Ernest Paul KILLINGER, by and through his counsel Michael Bigelow, Esq., stipulate and agree that the previously-set date of June 2, 2008, for hearing on the government's motion to revoke the Magistrate

/ / /
/ / /
/ / /
/ / /
/ / /

1

Judge's Release Order for Defendant Ernest Paul KILLINGER should be vacated and reset to a hearing date of <u>June 23, 2008, at 8:30 a.m.</u>

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:   May 21, 2008         By:   /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


DATED:   May 21, 2008         By:   /s/Jason Hitt
                                    Authorized to sign for Mr.
                                    Bigelow on 05-20-08
                                    MICHAEL BIGELOW, Esq.
                                    Attorney for Ernest KILLINGER
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The date of June 2, 2008, for hearing on the government's motion to revoke the Magistrate Judge's Release Order for Defendant Ernest Paul KILLINGER is hereby vacated; and

2. Hearing on the government's motion to revoke the Magistrate Judge's Release Order for Defendant Ernest Paul KILLINGER is reset for June 23, 2008, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: May 21, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE